UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| HILL, DARRELL ROBERT | ) | Case No. 07-01700-PHX RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 111 | 9/8/2009 | Chevron Credit Bank<br>PO Box 5010<br>Concord, CA  94524 | $7.57 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 7.57 to the Clerk of the Court to be deposited in the Registry thereof.

| December 21, 2009 | /s/ DALE D ULRICH |
|---|---|
| DATE | DALE D ULRICH, TRUSTEE |